UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH BELL, | Case No. |
| Plaintiff, | Judge |
| vs. | Magistrate Judge |
| HOME DEPOT, INC., | |
| Defendant. | |

---

## NOTICE OF FILING REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

**PLEASE TAKE NOTICE** that, pursuant to 28 USC §1441, Defendant, Home Depot, Inc., properly known as Home Depot, U.S.A., Inc., hereby files with the Clerk of the Court a copy of its Notice of Removal, attached hereto, and which was filed with the United States District Court, Western District of Michigan, Southern Division on February 21, 2025.

PLUNKETT COONEY

/s/Ridley S. Nimmo, II

RIDLEY S. NIMMO, II (P54783)
Attorneys for Defendant
111 East Court Street, Suite 1B
Flint, MI 48502 (810) 342-7010
rnimmo@plunkettcooney.com

## CERTIFICATE OF ELECTRONIC FILING

Ridley S. Nimmo, II certifies that a copy of the Removal documents and this Certificate of Electronic Filing was electronically filed with the United States District Court, Western District of Michigan, Southern Division, in the above cause on February 21, 2025. A copy will be provided to counsel of record via email at jrrinck@jrrinck.com and via first class mail. I declare under the penalty of perjury that the above statement is true to the best of my knowledge, information and belief.

/s/Ridley S. Nimmo, II
RIDLEY S. NIMMO, II (P54783)
Attorneys for Defendant
111 East Court Street, Suite 1B
Flint, MI 48502
(810) 342-7010
rnimmo@plunkettcooney.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH BELL, | Case No. |
| Plaintiff, | Judge |
| vs. | Magistrate Judge |
| HOME DEPOT, INC., | |
| Defendant. | |

**NOTICE OF REMOVAL FOR CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

NOW COMES Defendant, Home Depot, Inc., properly known as Home Depot, U.S.A., Inc., [hereinafter "Home Depot"], by and through its attorneys, Plunkett Cooney, and pursuant to 28 U.S.C.A. §§ 1332, 1441 and 1446, hereby files this Notice of Removal of the above-captioned matter to the United States District Court for the Western District of Michigan, Southern Division from the Kent County Circuit Court where the action is now pending and states as follows:

1. The above-captioned matter was filed in Kent County Circuit Court on or about January 9, 2025, and is now pending in that court.

2. Defendant Home Depot first received a copy of the Summons and Complaint in this matter on or about January 23, 2025.

3. The above-captioned matter is a suit at common law of a civil nature brought by the Plaintiff, Kenneth Bell, in which Plaintiff's Complaint seeks unspecified monetary damages in excess of $25,000 as a result of Defendant Home Depot's alleged negligence.

4. The above-captioned matter involves a controversy which is wholly between citizens of different states in that at the time of the commencement of this action in Kent County Circuit Court, the Plaintiff was a citizen of the State of Illinois, the Defendant Home Depot, was, and still is, a foreign corporation under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia.

5. This action is one over which the District Courts of the United States are given original jurisdiction.

6. The time within which Defendant Home Depot is required to file this Notice of Removal to Federal Court has not yet expired.

7. According to Plaintiff's Complaint, attached as Exhibit A, Plaintiff seeks to recover unspecified damages for injuries Plaintiff alleges are serious and permanent and include a complete tear of his right rotator cuff with additional injuries to his right shoulder, right arm and other related body parts,

and also involves a substantial workers' compensation lien. Further, Plaintiff's counsel has advised that the amount in controversy presently exceeds the $75,000 federal diversity jurisdictional amount in this case.

8. Defendant Home Depot files with this Notice a copy of the court pleadings and orders served upon Defendant Home Depot in this action. (See Exhibit A).

9. This action is removable to this Court under and by virtue of the acts of Congress of the United States.

10. Defendant Home Depot has served written notice of the filing of this Notice as required by 28 U.S.C.A. § 1446(d).

11. A copy of this Notice will be filed with the Clerk of the Kent County Circuit Court, as required by 28 U.S.C.A. § 1446(d).

**WHEREFORE**, Defendant Home Depot respectfully requests that it may effectuate removal of this action from the Circuit Court for the County of Kent, State of Michigan, to the United States District Court for the Western District of Michigan, Southern Division and that this action proceed in this Court as an action properly removed.

Respectfully submitted,

PLUNKETT COONEY

/s/Ridley S. Nimmo, II

RIDLEY S. NIMMO, II (P54783)
Attorneys for Defendant
111 E. Court Street, Suite 1B
Flint, MI 48502
(810) 342-7010
rnimmo@plunkettcooney.com

Date: February 21, 2025

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH BELL,

Plaintiff,

vs.

HOME DEPOT, INC.,

Defendant.

Case No.

Judge

Magistrate Judge

## APPEARANCE

PLEASE ENTER my Appearance as attorney in the above-entitled matter for the named Defendant.

PLUNKETT COONEY

Dated: February 21, 2025

/s/Ridley S. Nimmo, II
RIDLEY S. NIMMO, II (P54783)
Attorneys for Defendant
111 E. Court Street, Suite 1B
Flint, MI 48502
(810) 342-7010
rnimmo@plunkettcooney.com